# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0494
Lower Tribunal No. 2020-CF-13578-A-O

_____

EDLIN LUCARNE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Leticia Marques, Judge.

December 23, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and GANNAM, JJ., concur.

Edlin Lucarne, Wewahitchka, pro se.

No Appearance for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED